# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 4, 2022

Lyle W. Cayce
Clerk

No. 20-60106

UNITED STATES OF AMERICA,

*Plaintiff—Appellant*,

*versus*

OKANLAWAN O. NORBERT,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:19-cr-50

Before OWEN, *Chief Judge*, and DAVIS, JONES, SMITH, STEWART, DENNIS, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, COSTA, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, and WILSON, *Circuit Judges*.

PER CURIAM:

The judgment of the district court is AFFIRMED by an equally divided court.